

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA 94102

*cand.uscourts.gov*

May 27, 2026

Alameda County Superior Court
1221 Oak Street
Oakland CA 94612

RE:  Orlando Abran Delgado-Ruiz v.  United Parcel Service, Inc., et al.
     26-cv-01612-RFL

Your Case Number:  26CV163979

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

&boxtimes;  Original and one copy of this letter

&boxtimes;  Certified copies of docket entries

&boxtimes;  Certified copy of Remand Order

&square;  Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

by:  Sheila Rash
Case Systems Administrator