

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA 94102

*cand.uscourts.gov*

May 27, 2026

ENDORSED
FILED
ALAMEDA COUNTY

JUN - 2 2026

CLERK OF THE SUPERIOR COURT

By  K. Ghee  Deputy

Alameda County Superior Court
1221 Oak Street
Oakland CA 94612

RE:  Orlando Abran Delgado-Ruiz v.  United Parcel Service, Inc., et al.
    26-cv-01612-RFL

Your Case Number:  26CV163979

Dear Clerk,

F I L E D

JUN 0 8 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒  Original and one copy of this letter

☒  Certified copies of docket entries

☒  Certified copy of Remand Order

☐  Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

by: Sheila Rash
Case Systems Administrator



OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**RECEIVED**

JUN 08 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL  PERMIT NO. 12615  WASHINGTON DC

POSTAGE WILL BE PAID BY ADMN OFFICE OF THE US COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680